IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,        :

        Plaintiff,

                            Case No. 3:16-cr-59

     v.                              :

                            JUDGE WALTER H. RICE

DANIEL E. JONES,

        Defendant.          :

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO
RECONSIDER AND CORRECT ERROR IN ORDER FILED JULY 21,
2021 (DOC. #83); VACATING JULY 21, 2021 ORDER (DOC. #82);
REINSTATING DEFENDANT'S MOTION FOR SENTENCE
REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) (DOC. #57)

---

On July 21, 2021, the Court issued an Order denying Defendant's motion

for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) without prejudice for

failure to exhaust administrative remedies.  Doc. #82.  Counsel for Defendant has

correctly pointed out that, in doing so, the Court overlooked the request for

compassionate release that Defendant submitted to the Warden, and the

Warden's denial of that request.  Both documents were attached to Defendant's

Supplemental Memorandum, Doc. #71, PageID##242-43.

Accordingly, the Court SUSTAINS Defendant's Motion to Reconsider and

Correct Error in Order Filed July 21, 2021, Doc. #83.  The Court VACATES the July

21, 2021, Order, Doc. #82, and reinstates Defendant's Motion for Sentence

Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A), Doc. #57.


Date: July 26, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

2